# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CODY SCOTT ALEXANDER<br>and<br>DANIEL RAMIREZ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 1:21-mj-233<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2019 to June 2021__ in the city/county of __Fairfax County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Ryan Bredemeier
*Printed name and title*

_____
*Complainant's signature*

Tre' M. Smith, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: July 8, 2021

City and state: Alexandria, Virginia

Digitally signed by Ivan Davis
Date: 2021.07.08 12:05:24 -04'00'
*Judge's signature*

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*