TYPE OF HEARING: R5
CASE NUMBER: 21mj233
MAGISTRATE JUDGE: John F. Anderson
DATE: 9/9/21
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Cody Scott Alexander

GOVT. ATTY: Amanda Lowe
DEFT'S ATTY: Gene Rossi
DUTY AFPD: _____
INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( X )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( X )

Gov't is seeking detention — granted pending PH/DH.

BOND: Deft remanded

NEXT COURT APPEARANCE 9/13/21   TIME 2pm
PH/DH - IDD

4 min.