AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED**

2021 SEP 10 P 12: 51

| | |
|---|---|
| United States of America<br>v.<br>**CODY SCOTT ALEXANDER**<br><br>*Defendant* | )<br>)<br>) Case No. 1:21-mj-233<br>)<br>) **UNDER SEAL**<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CODY SCOTT ALEXANDER**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 07/08/2021

Digitally signed by Ivan Davis
Date: 2021.07.08 12:04:10 -04'00'

*Issuing officer's signature*

City and state: Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/8/21, and the person was arrested on *(date)* 9/9/2021
at *(city and state)* Bethesda, MD.

Date: 9/9/2021

*Arresting officer's signature*

SA Ivo Smith
*Printed name and title*