TYPE OF HEARING:  DH_____
CASE NUMBER:  1:21-mj-233
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 9/17/2021_____
TIME: 2:00 p.m.
EASTERN DISTRICT OF VIRGINIA        RECORDING: FTR
DEPUTY CLERK: Laura Guerra

UNITED STATES OF AMERICA

              VS.

__ Cody Scott Alexander _____

**GOVT. ATTY:** _____Ryan Bredemeier

**DEFT'S ATTY:** ___Eugene Rossi


**INTERPRETER:**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (  )  FPD (  ) CJA (  ) Conflict List (  )

Matter came for a PH/DH. Deft waives PH.  Court finds PC. Matter continued for further proceedings before the Grand Jury.

BOND:
Gov't is seeking detention – GRANTED.

(x)  Deft is remanded to the custody of the USMS due to
(x)   of non-appearance (  ) safety of the community
(  ) Deft reserves the right of the Courts determination as to detention based on a change of circumstances.

**NEXT COURT APPEARANCE:**

**TIME:**
 **JUDGE:**