AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**CODY SCOTT ALEXANDER**<br>*Defendant* | )<br>)<br>)  Case No. **1:21MJ233**<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: **Friday 9/17/21**

*Defendant's signature*

**Gene Rossi**   **Friday 9/17/2021**
*Signature of defendant's attorney*

**GENE ROSSI   VBar 93136**
*Printed name and bar number of defendant's attorney*

**Suite 400 WEST**
*Address of defendant's attorney*

**1025 Thomas Jefferson St., NW, DC 20007**
*E-mail address of defendant's attorney*

**C. 703-627-2856**
*Telephone number of defendant's attorney*

**W. 202-965-8119**
*FAX number of defendant's attorney*