

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CODY SCOTT ALEXANDER,<br><br>Defendant. | No. 1:21-CR-251 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT from in and around 2019, and continuing through in and around June 2021, the defendant, CODY SCOTT ALEXANDER, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together with other persons to unlawfully, knowingly, and intentionally, distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

(In violation of 21 U.S.C. § 846).

Jessica D. Aber
United States Attorney

By: _____
David A. Peters
Ryan B. Bredemeier
Assistant United States Attorneys