# UNITED STATES DISTRICT COURT
# PLEA HEARING MINUTES

Date**: 11/16/2021**                                                                    Case No.**:     1:21-CR-251**
Time**: 9:06-9:30**                                                                     Judge**:        Hon. Anthony J. Trenga**
                                                                                        Reporter **:    Rhonda Montgomery**
**UNITED STATES of AMERICA**                                                            Deputy Clerk:   **Dani Zirk**
                                                                                        Interpreter**:**
                    V.                                                                  Language**:**

**CODY SCOTT ALEXANDER**

Counsel for Defendant                                                                   Counsel for Government
**Eugene Rossi**                                                                        **David Peters**


   **PROCEEDINGS:**

   - Deft waived his right to Indictment, was FA, and PG to Count 1 of the Criminal Information.   Court accepts plea.
   - Sentencing scheduled for**: March 23, 2022 @ 9:00 AM** Deft. is remanded.


**Matter called for:**
[**X**] Pre-Indictment Plea                                         [  ] Change of Plea

**Filed in open court:**
[**X**] Information      [**X**] Plea Agreement      [**X**] Statement of Facts      [**X**] Waiver of Indictment
[  ] Governments Motion to Seal       [  ] Sealing Order     [**X**] Consent Order of Forfeiture

**Arraignment & Plea:**
[  ] WFA     [**X**] FA     [**X**] PG     [  ] PNG          **Trial by Jury:**  [  ] Demanded   [  ] Waived
[**X**] Deft entered Plea of Guilty to Count 1 of the **Information** - -   **Plea ACCEPTED**
[  ] Motion for Dismissal by US
[  ] Order entered in open court           [  ] Order to follow
[**X**] Deft directed to USPO for PSI- -      [**X**] Yes *-or-*   [  ] No
[**X**] Case continued to: **3/23/2022 at 9:00 a.m.**   for:

[  ] Jury Trial     [  ] Bench Trial     [  ] Pre-Guidelines Sentencing     [**X**] Guidelines Sentencing

[  ] Release Order Entered    [**X**] Deft Remanded    [  ] Deft Released on Bond        [  ] Deft Continued on Bond